| | |
|---|---|
| 1 | Benjamin S. White (Bar No. 279796) |
| 2 | bwhite@ipla.com<br>Zayde J. Khalil (Bar. No. 323547) |
| 3 | zkhalil@ipla.com<br>**IPLA, LLP** |
| 4 | 4445 Eastgate Mall, Suite 200<br>San Diego, CA 92121 |
| 5 | Tel: 858-272-0220<br>Fax: 858-272-0221 |
| 6 | |
| 7 | Attorneys for Defendant<br>YONDER, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YONDER GLOBAL, PBC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>YONDER, INC., a North Carolina corporation, and DOES 1-10,<br><br>Defendants. | Case No.: 2:21-cv-05359-CMB-PVC<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS THE THIRD CLAIM FOR RELIEF IN PLAINTIFF'S COMPLAINT**<br><br>[Filed concurrently with Memorandum of Points and Authorities in Support of Motion to Dismiss, and Supporting Request for Judicial Notice]<br><br>Date: August 31, 2021<br>Time: 10:00 a.m.<br>Place: 8B, 8th Floor<br>Hon: Consuelo B. Marshall |

<u>**NOTICE OF MOTION AND MOTION**</u>

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT on Tuesday, August 31, 2021 at 10:00 a.m., or as soon thereafter as this matter may be heard before Honorable Consuelo B. Marshall, U.S. District Judge, in the above-entitled Court, located at 350 West 1st Street, Courtroom 8B, 8th Floor, Los Angeles, California 90012, Defendant Yonder, Inc. ("Defendant") will and hereby moves this Court for an order dismissing the Third Claim for Cancellation of Trademark Registration No. 4379679 (the "Third Claim")

in the Complaint of Plaintiff Yonder Global, PBC. ("Plaintiff"). Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant moves to dismiss the Third Claim because the grounds to cancel Trademark Registration No. 4379679 are either time-barred, or Plaintiff has not alleged any facts establishing the Third Claim for the non-time-barred grounds enumerated under 15 U.S.C. § 1064(c).

      This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, Request for Judicial Notice as well as the Complaint, oral arguments of counsel, and such arguments and authorities as may be presented at or before the hearing.

      This motion is made following the conference of counsel pursuant to L.R. 7.3 which took place on July 13, 2021.

Dated: July 28, 2021                      Respectfully submitted,

                                              /s/ Benjamin S. White
                                              Benjamin S. White
                                              Zayde J. Khalil
                                              **IPLA, LLP**

                                              Attorneys for Defendant
                                              YONDER, INC.